RECEIVED

JUL 2 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH CROSBY, JR. <br> LA. DOC #569110 <br> VS. <br><br> WARDEN N. BURL CAIN | CIVIL ACTION NO. 6:13-cv-02134 <br><br> SECTION P <br><br> JUDGE DONALD E. WALTER <br><br> MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 18 day of July, 2016.

Donald E. Walter
United States District Judge